

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Homero Contreras, Appellant

No. 06-18-00179-CR     v.

The State of Texas, Appellee

Appeal from the 22nd District Court of Hays County, Texas (Tr. Ct. No. CR-17-0252). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant, Homero Contreras, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 16, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk